tioner *pro se.* *Edmund G. Brown,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondents.

No. 372, Misc. UNITED STATES EX REL. JELLISON *v.* WARDEN OF THE NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied. *Louis Auerbacher, Jr.* for petitioner. *Richard J. Congleton* and *C. William Caruso* for respondent.

No. 378, Misc. UNITED STATES EX REL. SMITH *v.* WARDEN OF THE NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied. *Edward J. Gilhooly* for petitioner. *Richard J. Congleton* and *C. William Caruso* for respondent.

No. 379, Misc. UNITED STATES EX REL. BUNK *v.* WARDEN OF THE NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied. *James L. McKenna* for petitioner. *Richard J. Congleton* and *C. William Caruso* for respondent.

No. 382, Misc. MILLAGE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 386, Misc. HAGERMAN *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 393, Misc. McCOY *v.* FRISBIE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 399, Misc. MARSHALL *v.* SUPREME COURT OF CALIFORNIA. Supreme Court of California. Certiorari denied.